No. 466, Misc. WILKES v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 468, Misc. NORTH v. OREGON. Supreme Court of Oregon. Certiorari denied.

No. 469, Misc. DUNN v. FINLEY, DOING BUSINESS AS SANDY BEACH SWIMMING CLUB. Supreme Court of Errors of Connecticut. Certiorari denied. Petitioner pro se. *William B. Fitzgerald* for respondent.

No. 474, Misc. SMITH v. CROUSE, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 482, Misc. DEL RIO v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Samuel A. Neuburger* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 488, Misc. GEGENFURTNER v. SCHMIDT, DIRECTOR, WISCONSIN DEPARTMENT OF PUBLIC WELFARE, ET AL. Supreme Court of Wisconsin. Certiorari denied.

No. 503, Misc. PICKETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox* for the United States.

No. 526, Misc. SCHROEDER v. ARIZONA. Supreme Court of Arizona. Certiorari denied. *Carlos R. Estrada* for petitioner. *Robert W. Pickrell*, Attorney General of Arizona, for respondent.